No. 465, Misc. STELLO v. UNITED STATES. C. A. 3d Cir. Certiorari denied. Petitioner *pro se. Solicitor General Cox, Assistant Attorney General Miller, Beatrice Rosenberg* and *Robert G. Maysack* for the United States.

No. 469, Misc. BRYAN v. BOLES, WARDEN. Supreme Court of Appeals of West Virginia. Certiorari denied. Petitioner *pro se. C. Donald Robertson,* Attorney General of West Virginia, and *George H. Mitchell,* Assistant Attorney General, for respondent.

No. 521, Misc. FARRANT v. IOWA. C. A. 7th Cir. Certiorari denied.

No. 604, Misc. NICHOLAS v. UNITED STATES. C. A. 2d Cir. Certiorari denied. Petitioner *pro se. Solicitor General Cox, Assistant Attorney General Miller* and *Beatrice Rosenberg* for the United States.

No. 613, Misc. NORMAN v. ARKANSAS. Supreme Court of Arkansas. Certiorari denied. *John M. Smith* for petitioner.

No. 632, Misc. DALTON v. MYERS, CORRECTIONAL SUPERINTENDENT. Supreme Court of Pennsylvania. Certiorari denied.

No. 637, Misc. SNOPEK v. PENNSYLVANIA. Supreme Court of Pennsylvania. Certiorari denied.

No. 643, Misc. HEISS v. NEW JERSEY. Supreme Court of New Jersey. Certiorari denied.